**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SUBURBAN FENCE, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-3551883** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**5757 West Ogden Avenue**<br>**Cicero, IL**<br>ZIP Code **60804** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 1261**<br>**North Riverside, IL**<br>ZIP Code **60546** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.) State type of entity:

**Nature of Business** (Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- ☐ Chapter 13

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ■ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)             FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **SUBURBAN FENCE, INC.** |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

X_____
    Signature of Attorney for Debtor(s)        Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

**Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**

☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**(Official Form 1) (10/05)**  **FORM B1**, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**SUBURBAN FENCE, INC.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

**X  /s/ JOSEPH E. COHEN**
Signature of Attorney for Debtor(s)

**JOSEPH E. COHEN 3123243**
Printed Name of Attorney for Debtor(s)

**COHEN & KROL**
Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
Address

**312-368-0300  Fax: 312-368-4559**
Telephone Number

**August 16, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ TERRY L. CLEARY**
Signature of Authorized Individual

**TERRY L. CLEARY**
Printed Name of Authorized Individual

**President, Secretary, Director**
Title of Authorized Individual

**August 16, 2006**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **SUBURBAN FENCE, INC.**                               Case No.
                                  Debtor(s)                   Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **BILL HICKEY & ASSOC., INC.** 9611 W. 165th St., #11 Orland Park, IL 60467 | **BILL HICKEY & ASSOC., INC.** 9611 W. 165th St., #11 Orland Park, IL 60467 | | | **4,700.74** |
| **CONSOLIDATED INVOICE** Comdata P. O. Box 100647 Atlanta, GA 30384-0647 | **CONSOLIDATED INVOICE** Comdata P. O. Box 100647 Atlanta, GA 30384-0647 | | | **2,000.00** |
| **DICKLER, KAHN, SLOWIKOWSKI & ZAVELL, LTD.** 85 W. Algonquin Rd., Ste 420 Arlington Heights, IL 60005-4424 | **DICKLER, KAHN, SLOWIKOWSKI & ZAVELL, LTD.** 85 W. Algonquin Rd., Ste 420 Arlington Heights, IL 60005-4424 | | | **14,039.30** |
| **FIRST EQUITY CARD CORP.** P. O. Box 23029 Columbus, GA 31902-3029 | **FIRST EQUITY CARD CORP.** P. O. Box 23029 Columbus, GA 31902-3029 | | | **15,099.03** |
| **HOME DEPOT COMMERCIAL** c/o Pro Consulting Services, Inc. P. O. Box 66768 Houston, TX 77266-6768 | **HOME DEPOT COMMERCIAL** c/o Pro Consulting Services, Inc. P. O. Box 66768 Houston, TX 77266-6768 | | | **10,308.76** |
| **ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY** 527 South Wells Chicago, IL 60607-3922 | **ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY** 527 South Wells Chicago, IL 60607-3922 | | | **15,000.00** |
| **INTERNAL REVENUE SERVICE** 230 South Dearborn Street Mail Stop 5010 CHI Chicago, IL 60604 | **INTERNAL REVENUE SERVICE** 230 South Dearborn Street Mail Stop 5010 CHI Chicago, IL 60604 | 941 | | **30,000.00** |
| **JOSEPH METZ & SON** 8136 W. Ogden Avenue P. O. Box 14 Lyons, IL 60534 | **JOSEPH METZ & SON** 8136 W. Ogden Avenue P. O. Box 14 Lyons, IL 60534 | | | **3,662.76** |

In re  **SUBURBAN FENCE, INC.**                                          Case No. _____

                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **KESTER-HELCO, INC./CHICAGO** 701 Kinson Street West Chicago, IL 60185-5121 | **KESTER-HELCO, INC./CHICAGO** 701 Kinson Street West Chicago, IL 60185-5121 | | | **31,881.41** |
| **MERCHANTS METALS** Div of MMI Products, Inc. 3838 N. Sam Houston Parkway E, Ste Houston, TX 77032-3418 | **MERCHANTS METALS** Div of MMI Products, Inc. 3838 N. Sam Houston Parkway E, Ste Houston, TX 77032-3418 | | | **22,469.61** |
| **MIDWEST BANK AND TRUST COMPANY** Loan Operations Department 501 West North Avenue Melrose Park, IL 60160 | **MIDWEST BANK AND TRUST COMPANY** Loan Operations Department 501 West North Avenue Melrose Park, IL 60160 | | | **158,842.20** (Unknown secured) |
| **NICK FISHER** 90723 Lorraine Drive Countryside, IL 60525 | **NICK FISHER** 90723 Lorraine Drive Countryside, IL 60525 | | **Disputed** | **Unknown** |
| **NICOR GAS** P. O. Box 416 Aurora, IL 60568-0001 | **NICOR GAS** P. O. Box 416 Aurora, IL 60568-0001 | | | **2,179.44** |
| **R.H. DONNELLEY** c/o McCarthy, Burgess & Wolff 26000 Cannon Road Cleveland, OH 44146 | **R.H. DONNELLEY** c/o McCarthy, Burgess & Wolff 26000 Cannon Road Cleveland, OH 44146 | | | **34,673.18** |
| **R.V. EVANS COMPANY** P. O. Box 790129 Saint Louis, MO 63179 | **R.V. EVANS COMPANY** P. O. Box 790129 Saint Louis, MO 63179 | | | **1,495.66** |
| **SHELL FLEET** P. O. Box 183019 Columbus, OH 43218-3019 | **SHELL FLEET** P. O. Box 183019 Columbus, OH 43218-3019 | | | **13,128.50** |
| **TASLER FOREST INDUSTRY** 2828 Kraft Avenue, Southeast Suite 240 Grand Rapids, MI 49512 | **TASLER FOREST INDUSTRY** 2828 Kraft Avenue, Southeast Suite 240 Grand Rapids, MI 49512 | | | **210,000.00** |
| **TENNESSEE DEPT. OF LABOR AND WORKFORCE DEVELOPMENT** 500 James Robertson Parkway, 8th Fl Nashville, TN 37245-3525 | **TENNESSEE DEPT. OF LABOR AND WORKFORCE DEVELOPMENT** 500 James Robertson Parkway, 8th Fl Nashville, TN 37245-3525 | | | **1,686.00** |
| **TERRY CLEARY** 3521 South Austin Blvd. Cicero, IL 60804 | **TERRY CLEARY** 3521 South Austin Blvd. Cicero, IL 60804 | **Loan** | | **60,000.00** |
| | | | | |

In re   **SUBURBAN FENCE, INC.** Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President, Secretary, Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 16, 2006**      Signature   **/s/ TERRY L. CLEARY**

**TERRY L. CLEARY**
**President, Secretary, Director**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form B6D
(10/05)

In re **SUBURBAN FENCE, INC.** , Case No. _____
                                    Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **005-0121091-001** <br><br>**CITICAPITAL** <br>P. Ol. Box 9576 <br>Uniondale, NY 11555-9576 | | - | **Fork Lift** <br><br><br>Value $    **12,000.00** | | | | **2,450.00** | **0.00** |
| Account No. **33400199055** <br><br>**MIDWEST BANK AND TRUST COMPANY** <br>Loan Operations Department <br>501 West North Avenue <br>Melrose Park, IL 60160 | X | - | **Blanket lien on assets of corporation** <br><br><br>Value $    **Unknown** | | | | **158,842.20** | **Unknown** |
| Account No. <br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br>Value $ | | | | | |
| **0** continuation sheets attached | | | | | | Subtotal (Total of this page) | **161,292.20** | |
| | | | | | | Total (Report on Summary of Schedules) | **161,292.20** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6E
(10/05)

In re  **SUBURBAN FENCE, INC.**                                ,   Case No. _____
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**
   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___**1**___ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re **SUBURBAN FENCE, INC.**,      Case No. _____
                                               Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. 1805471-1 <br><br> **ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY** <br> **527 South Wells** <br> **Chicago, IL 60607-3922** | - | | | | | 15,000.00 | 15,000.00 |
| Account No. 36-3551883 <br><br> **INTERNAL REVENUE SERVICE** <br> **230 South Dearborn Street** <br> **Mail Stop 5010 CHI** <br> **Chicago, IL 60604** | - | 941 | | | | 30,000.00 | 30,000.00 |
| Account No. 0496-024 5 <br><br> **TENNESSEE DEPT. OF LABOR AND WORKFORCE DEVELOPMENT** <br> **500 James Robertson Parkway, 8th Fl** <br> **Nashville, TN 37245-3525** | - | | | | | 1,686.00 | 1,686.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    46,686.00    46,686.00

Total (Report on Summary of Schedules)    46,686.00    46,686.00

Form B6F
(10/05)

In re  **SUBURBAN FENCE, INC.**                                                  ,    Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Fence 001 & 002** <br><br>**BILL HICKEY & ASSOC., INC.**<br>9611 W. 165th St., #11<br>Orland Park, IL 60467 | - | | | | | | 4,700.74 |
| Account No. **Ref #62100148** <br><br>**CONSOLIDATED INVOICE**<br>Comdata<br>P. O. Box 100647<br>Atlanta, GA 30384-0647 | - | | | | | | 2,000.00 |
| Account No. **950093M** <br><br>**DICKLER, KAHN, SLOWIKOWSKI & ZAVELL, LTD.**<br>85 W. Algonquin Rd., Ste 420<br>Arlington Heights, IL 60005-4424 | - | | | | | | 14,039.30 |
| Account No. **4988 8200 0142 9306** <br><br>**FIRST EQUITY CARD CORP.**<br>P. O. Box 23029<br>Columbus, GA 31902-3029 | - | | | | | | 15,099.03 |
| __3__ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 35,839.07 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    S/N:29730-060801   Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **SUBURBAN FENCE, INC.**, Case No. _____
                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035 3220 1394 7357** <br> **HOME DEPOT COMMERCIAL** <br> **c/o Pro Consulting Services, Inc.** <br> **P. O. Box 66768** <br> **Houston, TX 77266-6768** | - | | | | | | 10,308.76 |
| Account No. <br> **JOSEPH METZ & SON** <br> **8136 W. Ogden Avenue** <br> **P. O. Box 14** <br> **Lyons, IL 60534** | - | | | | | | 3,662.76 |
| Account No. **52873** <br> **KESTER-HELCO, INC./CHICAGO** <br> **701 Kinson Street** <br> **West Chicago, IL 60185-5121** | - | | | | | | 31,881.41 |
| Account No. **6267588** <br> **MERCHANTS METALS** <br> **Div of MMI Products, Inc.** <br> **3838 N. Sam Houston Parkway E, Ste** <br> **Houston, TX 77032-3418** | - | | | | | | 22,469.61 |
| Account No. <br> **NICK FISHER** <br> **90723 Lorraine Drive** <br> **Countryside, IL 60525** | - | | | | | X | Unknown |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **68,322.54**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **SUBURBAN FENCE, INC.**                                    ,       Case No. _____
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2-05-34-0680 3**<br><br>**NICOR GAS**<br>**P. O. Box 416**<br>**Aurora, IL 60568-0001** | - | | | | | | 2,179.44 |
| Account No. **File #987180**<br><br>**R.H. DONNELLEY**<br>**c/o McCarthy, Burgess & Wolff**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | - | | | | | | 34,673.18 |
| Account No. **880181000**<br><br>**R.V. EVANS COMPANY**<br>**P. O. Box 790129**<br>**Saint Louis, MO 63179** | - | | | | | | 1,495.66 |
| Account No. **650-290-067**<br><br>**SHELL FLEET**<br>**P. O. Box 183019**<br>**Columbus, OH 43218-3019** | - | | | | | | 13,128.50 |
| Account No.<br><br>**TASLER FOREST INDUSTRY**<br>**2828 Kraft Avenue, Southeast**<br>**Suite 240**<br>**Grand Rapids, MI 49512** | - | | | | | | 210,000.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **261,476.78**

Form B6F - Cont.
(10/05)

In re **SUBURBAN FENCE, INC.**, Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**TERRY CLEARY**<br>**3521 South Austin Blvd.**<br>**Cicero, IL 60804** | - | | **Loan** | | | | **60,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **60,000.00**

Total (Report on Summary of Schedules) **425,638.39**

Form B6G
(10/05)

In re  **SUBURBAN FENCE, INC.**                                 ,          Case No. _____
                              Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

___0___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                                      Best Case Bankruptcy

Form B6H
(10/05)

In re  **SUBURBAN FENCE, INC.**                                       ,          Case No. _____
                                   Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TERRY CLEARY**<br>3521 S. Austin Blvd.<br>Cicero, IL 60804 | **MIDWEST BANK AND TRUST COMPANY**<br>Loan Operations Department<br>501 West North Avenue<br>Melrose Park, IL 60160 |

__0__ continuation sheets attached to Schedule of Codebtors

**United States Bankruptcy Court**
**Northern District of Illinois**

In re  **SUBURBAN FENCE, INC.**                                              Case No.
                                        Debtor(s)                            Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................. $ **9,000.00**
   Prior to the filing of this statement I have received .................................................. $ **9,000.00**
   Balance Due ............................................................................................................ $ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor    □ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    □ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

**CERTIFICATION**

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 16, 2006**                       **/s/ JOSEPH E. COHEN**
                                                   **JOSEPH E. COHEN**
                                                   **COHEN & KROL**
                                                   **105 West Madison Street**
                                                   **Suite 1100**
                                                   **Chicago, IL 60602**
                                                   **312-368-0300   Fax: 312-368-4559**

# United States Bankruptcy Court
## Northern District of Illinois

In re  **SUBURBAN FENCE, INC.**                                              ,    Case No. _____

                                                  Debtor

                                                                                  Chapter                **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **TERRY CLEARY**<br>**3521 S. Austin Blvd.**<br>**Cicero, IL 60804** | **Common** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President, Secretary, Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 16, 2006**                                       Signature  **/s/ TERRY L. CLEARY**
                                                                             **TERRY L. CLEARY**
                                                                             **President, Secretary, Director**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                       Best Case Bankruptcy

# United States Bankruptcy Court
**Northern District of Illinois**

In re  **SUBURBAN FENCE, INC.**                                                            Case No.

Debtor(s)                                                        Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:         **24**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **August 16, 2006**                          **/s/ TERRY L. CLEARY**
                                                    **TERRY L. CLEARY**/**President, Secretary, Director**
                                                    Signer/Title

BILL HICKEY & ASSOC., INC.
9611 W. 165th St., #11
Orland Park, IL 60467

JOSEPH METZ & SON
8136 W. Ogden Avenue
P. O. Box 14
Lyons, IL 60534

TASLER FOREST INDUSTRY
2828 Kraft Avenue, Southeast
Suite 240
Grand Rapids, MI 49512

CAINE & WEINER
3550 Buschwood Park Drive
Tampa, FL 33618

KESTER-HELCO, INC./CHICAGO
701 Kinson Street
West Chicago, IL 60185-5121

TENNESSEE DEPT. OF LABOR
AND WORKFORCE DEVELOPMENT
500 James Robertson Parkway, 8th Fl
Nashville, TN 37245-3525

CITICAPITAL
P. OI. Box 9576
Uniondale, NY 11555-9576

MERCHANTS METALS
Div of MMI Products, Inc.
3838 N. Sam Houston Parkway E, Ste
Houston, TX 77032-3418

TERRY CLEARY
3521 South Austin Blvd.
Cicero, IL 60804

CONSOLIDATED INVOICE
Comdata
P. O. Box 100647
Atlanta, GA 30384-0647

MIDWEST BANK AND TRUST COMPANY
Loan Operations Department
501 West North Avenue
Melrose Park, IL 60160

TERRY CLEARY
3521 S. Austin Blvd.
Cicero, IL 60804

DICKLER, KAHN, SLOWIKOWSKI
& ZAVELL, LTD.
85 W. Algonquin Rd., Ste 420
Arlington Heights, IL 60005-4424

NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

FIRST EQUITY CARD CORP.
P. O. Box 23029
Columbus, GA 31902-3029

NICK FISHER
90723 Lorraine Drive
Countryside, IL 60525

GC SERVICES LIMITED PARTNERSHIP
Collection Agency Division
P. O. Box 79 (037)
Elgin, IL 60121

NICOR GAS
P. O. Box 416
Aurora, IL 60568-0001

HOME DEPOT COMMERCIAL
c/o Pro Consulting Services, Inc.
P. O. Box 66768
Houston, TX 77266-6768

R.H. DONNELLEY
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Cleveland, OH 44146

ILLINOIS DEPARTMENT OF
EMPLOYMENT SECURITY
527 South Wells
Chicago, IL 60607-3922

R.V. EVANS COMPANY
P. O. Box 790129
Saint Louis, MO 63179

INTERNAL REVENUE SERVICE
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604

SHELL FLEET
P. O. Box 183019
Columbus, OH 43218-3019