IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | IN CHAPTER 11 |
| ) | |
| **SUBURBAN FENCE, INC.,** ) | No. 06 B 09965 |
| ) | |
| Debtor(s). ) | Judge John H. Squires |
| ) | Hrg: 12/18/07 - 10:00 a.m. |

## PROOF OF SERVICE

TO:    ATTACHED SERVICE LIST

I, JOSEPH E. COHEN, state that copies of the attached Notice of Hearing on the Debtors Motion for Entry of Final Decree, in the above-referenced matter, were served upon the persons on the attached Service List, by First Class, U.S. Mail, this 29th day of November, 2007.

/s/   JOSEPH E. COHEN
One of Attorneys for Debtor

JOSEPH E. COHEN
GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL  60602
312/368-0300

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| **SUBURBAN FENCE, INC.,** | ) | No. 06 B 09965 |
| | ) | |
| | ) | Judge John H. Squires |
| Debtor(s). | ) | Hearing: 12/18/07 - 10:00 a.m. |

## N O T I C E

TO CREDITORS AND PARTIES IN INTEREST OF THE ABOVE-NAMED DEBTOR:

**YOU ARE HEREBY NOTIFIED** that SUBURBAN FENCE, INC., Debtor herein, by and through its Attorneys, JOSEPH E. COHEN and COHEN & KROL, filed its Motion for Entry of Final Decree. The Debtor filed a Chapter 11 petition on August 16, 2006.

**YOU ARE FURTHER NOTIFIED** that this Honorable Court entered an Order confirming the Debtor's Plan of Reorganization on October 4, 2007. The Debtor has made the initial distributions due under the Plan. The Debtor has substantially complied with all of the terms contained in its confirmed Chapter 11 Plan.

**YOU ARE FURTHER NOTIFIED** that a hearing will be held on said Motion on the 18th day of December, 2007 at the hour of 10:00 a.m. before the Honorable **JOHN H, SQUIRES**, Bankruptcy Judge, in Courtroom No. 680, United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois. Any party objecting to said Motion may do so up to the time of the hearing.

**YOU ARE FURTHER NOTIFIED** that this hearing may be continued from time to time without further notice to you other than the announcement in open Court of the continued date.

| | | |
|---|---|---|
| JOSEPH E. COHEN | | SUBURBAN FENCE, INC., Debtor |
| GINA B. KROL | | |
| COHEN & KROL | | |
| 105 West Madison Street | | |
| Suite 1100 | BY: | /s/ JOSEPH E. COHEN |
| Chicago, IL 60602 | | One of Attorneys for Debtor |
| 312/ 368-0300 | | |
| (Notices/FinalDecree.SUBURBANFENCE) | | |

```
Label Matrix for local noticing        Suburban Fence, Inc                    U.S. Bankruptcy Court
0752-1                                  P. O. Box 1261                         Eastern Division
Case 06-09965                           North Riverside, IL 60546-0661         219 S Dearborn
Northern District of Illinois                                                  7th Floor
Chicago                                                                        Chicago, IL 60604-1702
Thu Nov 29 15:26:19 CST 2007

BILL HICKEY & ASSOC., INC.              CAINE & WEINER                         CITICAPITAL
9611 W. 165th St., #11                  3550 Buschwood Park Drive              P. OI. Box 9576
Orland Park, IL 60467-5654              Tampa, FL 33618-4461                   Uniondale, NY 11555-9576


CONSOLIDATED INVOICE                    CitiCapital Commercial Corp.           Citibank (USA) N.A.
Comdata                                 c/o David G. Wasinger                  Assoc/Texaco Payment Center
P. O. Box 100647                        Murphy Wasinger, LC                    4740 121st St
Atlanta, GA 30384-0647                  1401 S. Brentwood Blvd., Ste. 550      Urbandale, IA 50323-2402
                                        St. Louis, MO 63144-1489

DICKLER, KAHN, SLOWIKOWSKI              Euler Hermes ACI                       FIRST EQUITY CARD CORP.
& ZAVELL, LTD.                          Assignee Of Tasler Inc                 P. O. Box 23029
85 W. Algonquin Rd., Ste 420            800 Red Brook Boulevard                Columbus, GA 31902-3029
Arlington Heights, IL 60005-4419        Owings Mills, MD 21117-5173


GC SERVICES LIMITED PARTNERSHIP         HOME DEPOT COMMERCIAL                  ILLINOIS DEPARTMENT OF
Collection Agency Division              c/o Pro Consulting Services, Inc.     EMPLOYMENT SECURITY
P. O. Box 79 (037)                      P. O. Box 66768                        527 South Wells
Elgin, IL 60121-0079                    Houston, TX 77266-6768                 Chicago, IL 60607-3928


(p)INTERNAL REVENUE SERVICE             Illinois Department of                 Illinois Dept. Of Revenue Bankruptcy Unit
CENTRALIZED INSOLVENCY OPERATIONS       Employment Security                    100 W. Randolph #7-400
PO BOX 21126                            33 South State Street, 9th FL          Chicago, Ill 60601-3218
PHILADELPHIA PA 19114-0326              Chicago, IL 60603-2802


JOSEPH METZ & SON                       (c)KESTER-HELCO, INC./CHICAGO          MERCHANTS METALS
8136 W. Ogden Avenue                    1261 ATLANTIC DR                       Div of MMI Products, Inc.
P. O. Box 14                            WEST CHICAGO IL 60185-5165             3838 N. Sam Houston Parkway E, Ste
Lyons, IL 60534-0014                                                           Houston, TX 77032-3400


MIDWEST BANK AND TRUST COMPANY          Master-Halco, Inc.,                    Midwest Bank and Trust Company
C/O William J. Serritella Jr            Attn: Debbie Fagan, National Credit Mana   c/o William J. Serritella, Jr.
Davis & Garmisa                         8330 Lovett Avenue                     Aronberg Goldgehn Davis & Garmisa
330 N. Wabash, Suite 3000               Dallas, Texas 75227-4232               330 North Wabash, Suite 3000
Chicago, IL 60611-3699                                                         Chicago, IL 60611-3779


NCO Financial Systems, Inc.             NICK FISHER                            NICOR GAS
507 Prudential Road                     90723 Lorraine Drive                   P. O. Box 416
Horsham, PA 19044-2368                  Countryside, IL 60525                  Aurora, IL 60568-0001


Nicor Gas                               R.H. DONNELLEY                         R.V. EVANS COMPANY
PO Box 549                              c/o McCarthy, Burgess & Wolff          P. O. Box 494
Aurora IL 60507-0549                    26000 Cannon Road                      Decatur, IL 62525-1804
                                        Cleveland, OH 44146-1807
```

SHELL FLEET
P. O. Box 183019
Columbus, OH 43218-3019

TASLER FOREST INDUSTRY
2828 Kraft Avenue, Southeast
Suite 240
Grand Rapids, MI 49512-2076

TENNESSEE DEPT. OF LABOR
AND WORKFORCE DEVELOPMENT
500 James Robertson Parkway, 8th Fl
Nashville, TN 37245-3525


TERRY CLEARY
3521 S. Austin Blvd.
Cicero, IL 60804-4149

TERRY CLEARY
3521 South Austin Blvd.
Cicero, IL 60804-4149

TN Dept of Labor & Workforce
Development-Unemployment Ins.
C/O TN Atty General, Bankruptcy Div.
P O BOX 20207
Nashville, TN 37202-4015


Tasler, Inc.
c/o Abrams & Abrams PC
75 E. Wacker Drive, Suite 320
Chicago, IL 60601-3740

Tennessee Department of Revenue
C/O Attorney General
P O BOX 20207
Nashville, TN 37202-4015

Joseph E Cohen
Cohen & Krol
105 West Madison Suite 1100
Chicago, IL 60602-4600


William T Neary
Office of the U.S. Trustee, Region 11
227 W. Monroe Street
Suite 3350
Chicago, IL 60606-5025


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


INTERNAL REVENUE SERVICE
230 South Dearborn Street
Mail Stop 5010 CHI
Chicago, IL 60604


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


KESTER-HELCO, INC./CHICAGO
701 Kinson Street
West Chicago, IL 60185-5121


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Bill Hickey & Assoc., Inc            (u)CitiCapital Commercial Leasing Corp.            (u)Master-Halco, Inc.

(u)Midwest Bank and Trust Company        (u)CENTRAL FOREST PRODUCTS, INC., d/b/a Tasle        (d)Joseph E Cohen
Cohen & Krol
105 West Madison Suite 1100
Chicago, IL 60602-4600

End of Label Matrix
Mailable recipients    39
Bypassed recipients     6
Total                  45